**STATE of Missouri, Respondent,**

v.

**Joe W. CAUTHON, Appellant.**

**No. WD 39909.**

Missouri Court of Appeals,
Western District.

Aug. 9, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 4, 1988.

Application to Transfer Denied
Nov. 15, 1988.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from jury convictions of first degree robbery and armed criminal action and sentences of fifteen years for each offense to run concurrently. Judgment affirmed. Rule 30.25(b).